UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGON PREFERRED INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>SHAHID BUTT, individually and doing business as TRIPLE S COURIER SERVICE; EXPRESS MESSENGER SYSTEMS, INC. doing business as ONTRAC; SUBCONTRACTING CONCEPTS (CT), LLC; MICHAEL FERRY; SIKANDERJIT KAUR; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and HARTFORD FIRE INSURANCE COMPANY,<br><br>        Defendants. | No. 1:17-cv-01302-DAD-EPG<br><br>ORDER TRANSFERRING CASE |
| HARTFORD FIRE INSURANCE COMPANY,<br><br>        Cross-claimant,<br><br>    v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>       Cross-defendant. | |

1

1   On January 17, 2018, this court issued an order to show cause why this matter should not
2   be transferred to the Sacramento Division of this court. (Doc. No. 37.) On January 23, 2018, the
3   parties filed a stipulation to transfer this action to the Sacramento Division of this court. (Doc.
4   No. 38.) Given the stipulation of the parties and the provisions of Local Rule 120(d), proper
5   venue in this action lies in the Sacramento Division of this court. Accordingly, the Clerk of the
6   Court is directed to transfer this action to the Sacramento Division. *See* Local Rule 120(f).
7   IT IS SO ORDERED.

Dated: **January 26, 2018**

_____
UNITED STATES DISTRICT JUDGE