# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGON PREFERRED INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SHAHID BUTT, individually and doing business as TRIPLE S COURIER SERVICE; EXPRESS MESSENGER SYSTEMS, INC. doing business as ONTRAC; SUBCONTRACTING CONCEPTS (CT), LLC; MICHAEL FERRY; SIKANDERJIT KAUR; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; HARTFORD FIRE INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:18-cv-00192-MCE-AC<br><br>**ORDER STAYING ALL DEADLINES PENDING THE COURT'S RULING ON THE MOTION TO STAY** |

Having read and considered the Parties joint stipulation seeking a stay of all deadlines pending the Court's ruling on the motion to stay or dismiss, the Court orders as follows:

All deadlines set in the Initial Pre-Trial Scheduling Order filed on January 29, 2018 are stayed. Within fourteen (14) days after the Court rules on the pending motion to stay or dismiss, the parties shall meet and confer and file a Joint Status Report providing the Court with the date by which the Parties will complete all non-expert discovery.

IT IS SO ORDERED.

Dated: April 2, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE