UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGON PREFERRED INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br>SHAHID BUTT, et al.,<br><br>        Defendants. | No. 2:18-CV-00192-MCE-AC<br><br>**ORDER** |

By way of this action, Plaintiff Integon Preferred Insurance Company seeks, among other things, a declaration that it has no liability with regard to a personal injury/indemnity action currently proceeding in state court arising out of a motor vehicle accident. Presently before the Court is a Motion to Stay or Dismiss (ECF No. 44) filed and/or joined by various Defendants.[1] The Court declines to dismiss this case, but GRANTS the request for a stay.

///
///
///
///

---

[1] All Defendants are party, in some shape or form, to the state action.

1

Given the lack of finality and the complexity of the state court action, interrelation of the claims, and the fact that the parties to both actions are the same, it makes little sense for this Court to adjudicate the merits of Plaintiff's claims without giving the state court a chance to unravel the intricacies of the underlying matter first. Once the judgment in that case is final, then this Court can address Plaintiff's claims. Accordingly, Defendants' Motion (ECF No. 44) is GRANTED as to their request for a stay and DENIED without prejudice as to Defendants' request for dismissal. This action is hereby STAYED until judgment in state court action is final. All pending dates in this case are VACATED. Not later than sixty (60) days following the date this order is electronically filed, and every sixty (60) days thereafter until the stay is lifted, the parties are directed to file a joint status report advising the Court regarding the status of the state case.

IT IS SO ORDERED.

Dated: July 5, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE