Patrick M. Howe (SBN 154669)
*pat@patrickhowelaw.com*
PATRICK HOWE LAW, APC
402 W. Broadway, Ste. 1025
San Diego, CA 92101
(619) 398-3422 Phone
(619) 452-2507 Fax

Attorney for plaintiff
Integon Preferred Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Integon Preferred Insurance Company,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Shahid Butt, individually and doing business as Triple S Courier Service; Express Messenger Systems, Inc. doing business as OnTrac; Subcontracting Concepts (CT), LLC; Michael Ferry; Sikanderjit Kaur; State Farm Mutual Automobile Insurance Company; Hartford Fire Insurance Company;<br><br>　　　　　Defendants. | Case No. 2:18−CV−00192−MCE−AC<br><br>**Stipulation to Order re Dismissal of Action** |

The underlying state court action, *Ferry v. California Overnight*, Solano County Superior Court case no. FCS049046, has been globally resolved and will shortly be dismissed, with prejudice. Accordingly, the parties to this lawsuit, through their respective counsel of record, hereby stipulate to the Court entering an order dismissing the case, including the complaint and all cross-complaints, with prejudice, with each party to bear his/her/its own attorney's fees and costs.

IT IS SO STIPULATED

April 8, 2021          PATRICK HOWE LAW, APC

By: /s/ *Patrick M. Howe*
Patrick M. Howe
Attorney for plaintiff Integon
Preferred Insurance Company

April 8, 2021          WADE & LOWE, APC

By: /s/ *Christopher Blanchard*
Christopher J. Blanchard
Attorneys for defendant State Farm
Mutual Automobile Insurance
Company

(Signature authorized on March 29, 2021)

| | | |
|---|---|---|
| April 8, 2021 | | LIUZZI, MURPHY, SOLOMON, CHURTON & HALE LLP |

By: /s/ *David Winnett*
David L. Winnett
Attorneys for defendant Michael Ferry

(Signature authorized on April 5, 2021)

| | | |
|---|---|---|
| April 8, 2021 | | MCNAMARA, NEY, BEATTY, SLAITERY, BORGES & AMBACHER |

By: /s/ *Matthew Sullivan*
Matthew P. Sullivan
Attorneys for defendant Sikander Kauer

(Signature authorized on March 23, 2021)

| | | |
|---|---|---|
| April 8, 2021 | | SMITH SMITH & FEELY |

By: /s/ *Melissa Magee*
Melissa R. Magee
Attorneys for defendant Hartford Fire Insurance Company

(Signature authorized on March 24, 2021)

| | |
|---|---|
| April 8, 2021 | BATES WINTER & ASSOCIATES LLP |
| | By: /s/ *Mary Talmachoff*<br>Mary Y. Talmachoff<br>Attorneys for defendant Express Messenger Systems, Inc. DBA OnTrac |
| | (Signature authorized on March 23, 2021) |
| April 8, 2021 | MAYALL HURLEY |
| | By: /s/ *Mark Berry*<br>Mark E. Berry<br>Attorneys for defendant Shahid Butt, individually and doing business as Triple S Courier Service |
| | (Signature authorized on March 23, 2021) |
| April 8, 2021 | MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP |
| | By: /s/ *Alfred De La Cruz*<br>Alfred M. De La Cruz<br>Attorneys for defendant Subcontracting Concepts (CT), LLC |
| | (Signature authorized on March 24, 2021) |

**ORDER**

Based on the above stipulation, the Court hereby dismisses this case in its entirety, with prejudice, each party to bear his/her/its own attorney's fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: April 8, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE